Ethon C. JAMES, Petitioner–Appellant,

v.

John NASH, Warden, FCI Ray Brook, Respondent–Appellee.

No. 02–2732.

United States Court of Appeals, Second Circuit.

June 7, 2004.

Ethon C. James, Fort Dix, NJ, on submission, for Petitioner–Appellant, pro se.

Elizabeth S. Riker, Assistant United States Attorney, for Glenn T. Suddaby, United States Attorney, Norther District of New York, on submission, for Respondent–Appellee.

PRESENT: CALABRESI, WESLEY, Circuit Judges, and SCULLIN, District Judge.*

---

* The Honorable Frederick J. Scullin, Jr., Chief Judge of the United States District Court for the Northern District of New York, sitting by designation.

SUMMARY ORDER

Petitioner–Appellant Ethon C. James appeals the district court's dismissal of his petition for a writ of habeas corpus, which he had brought pursuant 28 U.S.C. § 2241. After reviewing the record and considering all of Petitioner's arguments, we conclude that the dismissal was proper. *See Love v. Menifee,* 333 F.3d 69, 73 (2d Cir.2003); *Cephas v. Nash,* 328 F.3d 98, 104 n. 5 (2d Cir.2003). We therefore AFFIRM the judgment of the district court.